**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARLENE B. SUMMERS, | No. CIV S-08-1309-CMK |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

      Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). On August 4, 2008, the parties submitted a stipulation extending the time for plaintiff to file a dispositive motion. Pursuant to the court's scheduling order, plaintiff's obligation to file a dispositive motion is triggered by service of the certified administrative record. A review of the docket reflects that defendant has not yet filed an answer to the complaint or lodged and served the certified administrative record. Until the certified administrative record is served, no answer is due. Therefore, the court declines to approve the parties' stipulated extension of time.

///

1  Accordingly, IT IS HEREBY ORDERED that the parties' stipulated extension of
2  time is not approved.

  DATED: August 6, 2008

```
                              _____
                              CRAIG M. KELLISON
                              UNITED STATES MAGISTRATE JUDGE
```